| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) TURRENTINE, HOWARD B. | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 4/19/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 940 FRONT STREET, SUITE 5195 SAN DIEGO, CA 92101-8909 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2010 MAY 10 A 10: 36 RECEIVED

COPY



Turrentine, Howard B.

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B. | 4/19/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | CALIFORNIA STATE SUPERIOR COURT JUDGES RETIREMENT | $8,916.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B. | 4/19/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B. | 4/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WD40 COMMON STOCK | C | Dividend | K | T | | | | | |
| 2. SAN FRANCISCO CITY & COUNTY AIRPORT BONDS | C | Interest | K | T | | | | | |
| 3. LOS ANGELES CALIF DWAP SYS REV SER B FSA INSD-OID B/E | A | Interest | L | T | Buy | 8/28 | L | | |
| 4. ANAHEIM CALIF PUB FING AUTH REV ELEC SYS DISTR FACS MBIA OID | A | Interest | L | T | Buy | 6/18 | K | | |
| 5. METRO WTR DIST SOUTHRN CALIF WTRWKS REV | C | Interest | L | T | | | | | |
| 6. CALIFORNIA ST PUB WKS BD LSE RV VAR | B | Interest | K | T | | | | | |
| 7. CALIFORNIA GENERAL OBLIGATION | B | Interest | L | T | | | | | |
| 8. T. ROWE PRICE | C | Dividend | L | T | | | | | |
| 9. WELLS FARGO | A | Interest | J | T | | | | | |
| 10. STAGECOACH | C | Interest | K | T | | | | | |
| 11. EAST BAY CALIF MUN UTIL DIST WTR SYS REV SUB RFDG | A | Interest | K | T | | | | | |
| 12. CABRILLO FEDERAL CREDIT UNION | C | Interest | L | T | | | | | |
| 13. SMITH BARNEY CA MUNI FUND | C | Dividend | L | T | | | | | |
| 14. VANGUARD CALIF INTERIM TERM TAX EXEMPT FUND | B | Interest | L | T | | | | | |
| 15. VANGUARD "500" PORTFOLIO | B | Interest | L | T | | | | | |
| 16. FIDELITY GROWTH | A | Interest | L | T | | | | | |
| 17. MAIRS & POWERS GROWTH FUND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B. | 4/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. BARON FUND | A | Interest | J | T | | | | | |
| 19. FIDELITY REAL ESTATE | A | Interest | J | T | | | | | |
| 20. VANGUARD TOTAL STOCK MARKET | A | Interest | L | T | | | | | |
| 21. VANGUARD REIT | A | Interest | J | T | | | | | |
| 22. VANGUARD INDEX 500 | D | Dividend | M | T | | | | | |
| 23. IRA, CABRILLO CREDIT UNION | C | Interest | K | T | | | | | |
| 24. Investment Property #1 - Jamul, San Diego County, CA | | None | K | W | | | | | |
| 25. AN UNDIVIDED 1/3 INTEREST IN INVESTMENT PROPERTY #2 - SD, CA | E | Rent | M | T | | | | | |
| 26. LIFE BENEFICIARY OF 1/2 INCOME OF TRUST 6542, (cont'd) | E | Dividend | O | T | | | | | |
| 27. (cont'd) TRUSTEE UNION BANK, CORPUS CONSISTING OF (cont'd) | | | | | | | | | |
| 28. (cont'd) FOLLOWING COMMON STOCK, FUNDS, BONDS AND RENTAL RE | | | | | | | | | |
| 29. (cont'd.) REAL PROPERTY ITEMS 53-75. | | | | | | | | | |
| 30. ABBOTT LABORATORIES | | | | | | | | | |
| 31. AETNA LIFE & CASUALTY CO. | | | | | | | | | |
| 32. ATLANTIC RICHFIELD CO. | | | | | | | | | |
| 33. AVERY DENNISON CORP. | | | | | | | | | |
| 34. INTERNATIONAL BUSINESS MACHINES | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B. | 4/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. FLEETWOOD ENTERPRISES | | | | | | | | | |
| 36. XEROX CORPORATION | | | | | | | | | |
| 37. MUNICIPAL FUND FOR CALIF. INVESTORS | | | | | | | | | |
| 38. (cont'd) HORTON'S ADD. SAN DIEGO | | | | | | | | | |
| 39. AN UNDIVIDED 1/3 INTEREST IN INVESTMENT PROPERTY #2 (cont'd) | | | | | | | | | |
| 40. INGLEWOOD CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 41. LOS ANGELES CALIFORNIA DEPARTMENT OF WATER & POWER | | | | | | | | | |
| 42. UNIVERSITY OF CALIFORNIA REVS | | | | | | | | | |
| 43. GLENDALE CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 44. UNIVERSITY OF CALIFORNIA REDEVELOPMENT | | | | | | | | | |
| 45. SAN DIEGO CALIFORNIA CTFS PARTNERSHIP | | | | | | | | | |
| 46. BEVERLY HILLS CALIFORNIA PUBLIC FING AUTHORITY | | | | | | | | | |
| 47. BREA OLINDA CALIFORNIA UNIFIED SCHOOL DISTRICT | | | | | | | | | |
| 48. SOGEN | A | Interest | J | T | | | | | |
| 49. LTD. PARTNER MICROBREWERY: KARL STRAUSS LAGER | | None | K | U | | | | | |
| 50. QUALCOMM | | None | J | T | | | | | |
| 51. MODESTO IRR DIST | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B. | 4/19/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WEST & CENT BASIN FING AU | A | Interest | K | T | | | | | |
| 53. UNIVERSITY CALIF RFDG REV | A | Interest | L | T | | | | | |
| 54. SALINAS CALIF SAN SWR SYS REV | A | Interest | K | T | | | | | |
| 55. SAN FRANCISCO CA CITY & CO ARPTS | A | Interest | K | T | | | | | |
| 56. UNIVERSITY OF CALIFORNIA SAN DIEGO HOSPITAL | B | Interest | K | T | | | | | |
| 57. CALIFORNIA STATE OID DTD | B | Interest | K | T | | | | | |
| 58. LOS ANGELES COUNTY MET.TRANS. | B | Interest | K | T | | | | | |
| 59. SAN FRANCISCO INTERNATIONAL AIRPORT | A | Interest | L | T | | | | | |
| 60. CAL STATE G/O | A | Interest | L | T | | | | | |
| 61. SANTA CRUZ DEVELOPMENT | A | Interest | L | T | | | | | |
| 62. LONG BEACH CA SCH DIST | B | Interest | L | T | | | | | |
| 63. CALIF STATE U/T REG DO | A | Interest | K | T | | | | | |
| 64. CALIF STATE U/T REG DO | A | Interest | J | T | | | | | |
| 65. BAY ARCA GOVT REV BART | A | Interest | L | T | | | | | |
| 66. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 67. VERIZON | A | Dividend | K | T | | | | | |
| 68. BANK OF AMERICA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B. | 4/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IDEARC INC (spinoff ▓▓▓ Verizon Communications) | | None | J | W | | 11/24 | | | |
| 70. Tulare Sewer | A | Interest | L | T | Buy | 4/18 | L | | |
| 71. Legg Mason Tax Exempt Class A | A | Interest | L | T | Buy | 2/5 | L | B | |
| 72. Metro Water Distr Cal Wtr | A | Interest | K | T | Buy | 1/2 | K | | |
| 73. San Mateo City Tr District | A | Interest | L | T | Buy | 7/16 | K | | |
| 74. San Jose RV Merged Area | A | Interest | L | T | Buy | 5/20 | L | | |
| 75. San Jose REV Ser 13 | A | Interest | L | T | Buy | 5/20 | L | | |
| 76. Cal Stud Rev | A | Interest | K | | Buy | 9/18 | K | | |
| 77. Van Guard CA Tax Exempt | A | Interest | L | T | Buy | 9/18 | L | | |
| 78. Sacramento County Airport System | A | Interest | K | T | Buy | 08/31/09 | K | | |
| 79. Los Angeles Dept of Water | A | Interest | K | T | Buy | 07/28/09 | K | | |
| 80. Calif EDL Facs | A | Interest | L | T | Buy | 08/03/09 | L | | |
| 81. San Lorenzo CA USD Genl Oblig | A | Interest | K | T | Buy | 06/10/09 | K | | |
| 82. South Pasadena Public Fing | A | Interest | K | T | Buy | 05/29/09 | K | | |
| 83. Los Angeles Ca School District | A | Interest | K | T | Buy | 03/11/09 | K | | |
| 84. S.D. Regional Bldg Rev | A | Interest | K | T | Buy | 03/06/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TURRENTINE, HOWARD B. | 4/19/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Amendments to March 8, 2004 report, Part VII:

Page 1, lines 4, 9, and 17 -- changed Column C (1) and (2) - info deleted

Page 2, line 26 (line 27 on amended report) -- changed Column C(1) and (2) - info deleted

Page 4, lines 60, 63, and 72 (61, 64, and 73 on amended report) -- changed Columns C (1) and (2) - info deleted

Page 5, lines 81 and 82 (82 and 83 on amended report) -- added value codes in Column D(3)

Part VII, page 2, line 21 in 2002 report -"East Bay Calif Mun Util Dist Wtr Sys Rev Sub Rfdg" - was not listed in 2003 report. Amended report includes this item (listed as #18).

| Name of Person Reporting | Date of Report |
| --- | --- |
| TURRENTINE, HOWARD B. | 4/19/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544